**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 5, 2026

**BY ECF & EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2026

**Re: *United States v. Corey Rice et al*, 26 Cr. 359 (VM)**

Dear Judge Marrero:

The Government writes, with consent of the defense, to respectfully request (1) a 60-day adjournment of the status conference, currently scheduled for November 13, 2026; and (2) that time between November 13, 2026 and the new conference date be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). Since the initial conference in this case, the Government has made several productions of sizeable discovery material to defense counsel, including a discovery production this week. On or about November 4, 2026, defense counsel informed the Government that they would like additional time to review the productions so far along with any additional productions to come, and would therefore request a 60-day adjournment of the status conference, currently scheduled for November 13, 2026. The Government consents to that request and therefore writes to the Court to request a 60-day adjournment of the November 13, 2026 status conference.

The Government also respectfully submits that the ends of justice served by granting the requested exclusion of time under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial so that defense counsel has time to review any discovery material that has and will be produced, for the parties to engage in any discussions regarding a potential pretrial resolution, and for defense counsel to consider and discuss with their clients any motions that they intend to file. Counsel for Corey Rice and counsel for Randal Chacon have informed the Government that they do not object to the foregoing request.

Request **GRANTED.**
The status conference is hereby adjourned to Friday, February 12, 2027, at 1:00 PM.

**SO ORDERED.**
11/6/2026
DATE

VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Meredith Foster
Assistant United States Attorney
(212) 637-2310

cc: Counsel of Record (by ECF & Email)